# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MAUA MUASAU,<br>*Plaintiff*<br>v.<br>DEPARTMENT OF CORRECTIONS, R. RELYEA, T. BARBER-FISHE, J. NELSON, S. STOKES, TERRY WOODLAND, and JOHN and JANE DOES 1-15,<br>*Defendant* | Civil Action No. 2:14-cv-00205-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: September 22, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia